IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: CR207-16

FRED PEDOTO, JR.

## ORDER

The United States Probation Office has filed a Report and an Amended Report alleging that Defendant violated the conditions of his supervised release. Defendant was subsequently arrested, and counsel was appointed to represent him. Defendant Pedoto, after consultation with counsel, filed a "Waiver of Right to Preliminary Revocation Hearing."

Accordingly, it is hereby **ORDERED** that Defendant Fred Pedoto, Jr. be held for a revocation hearing.

**SO ORDERED**, this 14th day of March, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)